## 58338. CHADWICK v. WATSON et al.

QUILLIAN, Presiding Judge.

The plaintiffs brought an action sounding in trover for an automobile and various items left therein. The defendant answered and counterclaimed seeking to recover for repairs performed on the vehicle. The jury found for the plaintiffs in the amount of $940 less $116.94 for repairs. Judgment was entered on the verdict and defendant appealed. *Held:*

Affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED SEPTEMBER 10, 1979 — DECIDED NOVEMBER 14, 1979.

*Thomas R. Bryan, Jr.,* for appellant.
*Thomas M. Flournoy, Jr.,* for appellees.